# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:13-CR-00076-GEB
)
JOSE MAURICIO SOTO-GUZMAN

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **JOSE MAURICIO SOTO-GUZMAN**

Detained at (custodian): **Yolo County Monroe Detention Center**

Detainee is:    a.)    ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: **Deported Alien Found in the United States**

   or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings
   or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 20, 2013
Date                          United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | JOSE M. SOTO-GUZMAN | Male ☒ | Female ☐ |
| Booking or CDC #: | 12-7299 | DOB: | 11/14/86 |
| Facility Address: | 2420 East Gibson Road | Race: | |
| | Woodland, CA 95776 | FBI #: | |
| Facility Phone: | 530-668-5245 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                            (Signature)